No. 473, Misc.  MITCHELL v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 480, Misc.  STORY v. WATERS, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 481, Misc.  LINDSEY v. WATSON ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 482, Misc.  CIHA v. MAJOR, JUDGE, U. S. COURT OF APPEALS.  C. A. 7th Cir.  Certiorari denied.

No. 487, Misc.  CASONE v. TENNESSEE.  Supreme Court of Tennessee.  Certiorari denied.  *Grover N. Mc-Cormick* for petitioner.  *Roy H. Beeler*, Attorney General of Tennessee, and *Nat Tipton* and *Knox Bigham*, Assistant Attorneys General, for respondent.

No. 490, Misc.  MILLS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 491, Misc.  LEVY v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se*. *Gilbert E. Harris* for Cytron et al., respondents.

No. 505, Misc.  DAVIS v. ELLIS ET AL.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 483, Misc.  Ross v. TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.  Application for stay of execution also denied.  MR. JUSTICE DOUGLAS is